**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| KRUSE, INC. d/b/a KRUSE INTERNATIONAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RODNEY HOGAN and )<br>PLAYTIME PLAYGROUND EQUIPMENT, )<br>)<br>Defendants. )<br>_____ )<br>)<br>RODNEY HOGAN, )<br>)<br>Counter Claimant, )<br>)<br>v. )<br>)<br>KRUSE, INC., d/b/a KRUSE INTERNATIONAL, )<br>)<br>Counter Defendant. )<br>_____ )<br>)<br>RODNEY HOGAN, )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>BUNKER LAKES DEALERSHIP, INC., and )<br>DEAN KRUSE, )<br>)<br>Third Party Defendants. ) | Case No: 1:10-cv-00014 |

## **OPINION AND ORDER**

This matter is before the Court on Third Party Defendant Dean V. Kruse's Request for 30

Days Extension of Set Deadlines, requesting a 30-day extension of the deadline recently set "to

1

conclude this case." (Docket # 82.) Defendants object to the motion, asking the Court to maintain the current deadlines. (Docket # 84.)

Upon a review of the docket, it appears that the only current, and recently set, deadline in this case is the Court's previous order directed to Plaintiff Kruse, Inc., ordering it to obtain counsel within 30 days of May 30, 2013, or be subject to default. (Docket # 81.) On the other hand, there are no deadlines currently facing the individual movant, Dean Kruse, and Kruse, a non-lawyer, cannot appear or move (as he appears to be doing) for an extension of time on the behalf of Kruse, Inc., a corporation. *See, e.g.*, *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008); *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985).

Accordingly, Dean Kruse's Request for 30 Days Extension of Set Deadlines (Docket # 82) is DENIED.

SO ORDERED.

Entered this 27th day of June, 2013.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge